**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**SHELLY NEILL,**

    **Plaintiff,**

**v.**                                     **Case No: 5:12-CV-119-Oc-UAMH-PRL**

**CITY OF OCALA**

    **Defendant.**

## ORDER

This matter came before the Court on Plaintiff's Unopposed Motion for Extension of Time for Parties to Hold Mediation. (Doc. 15). Plaintiff requests, and Defendant does not oppose, a two-month extension of the November 16, 2003 mediation deadline. Plaintiff states that this extension will not affect any other case deadlines.

Upon due consideration, Plaintiff's Motion (Doc. 15) is **GRANTED**. The mediation deadline is extended until **January 18, 2013**.

**DONE** and **ORDERED** in Ocala, Florida on October 29, 2012.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties