**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**SHELLY NEILL,**

    **Plaintiff,**

**v.**                                                       Case No:5:12-CV-119-Oc-UAMHPRL

**CITY OF OCALA**

    **Defendant.**

___

## ORDER

This matter is before the Court on Defendant's Motion to Waive Rule Requiring Attendance at Court-Ordered Mediation. (Doc. 18). Mediation in this case is set for December 7, 2012. Defendant, the City of Ocala, seeks leave for Margo Chaly, a Claim Analyst with its insurance company, Chartis Claims, Inc., to attend mediation via telephone. Plaintiff has no objection.

Upon due consideration, Defendant's Motion to Waive Rule Requiring Attendance at Court-Ordered Mediation (Doc. 18) is **GRANTED**. Margo Chaly may attend mediation via telephone.

**DONE** and **ORDERED** in Ocala, Florida on November 2, 2012.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:
Counsel of Record
Edwin C. Cluster
Ayres, Cluster, Curry, McCall, Collins & Fuller, P.A.
21 NE First Avenue
Ocala, Florida 34470